| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | Order Filed on July 29, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Shakeya Holden | Case No:   19-13285 JKS<br><br>Chapter: 13<br><br>Hearing Date: **July 25, 2019 at 10:00 A.M.**<br><br>Judge: John K. Sherwood |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | ☐ | Followed | ☐ | Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 29, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2011 Honda Pilot, VIN: 5FNYF4H64BB062887,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*